U.S. DISTRICT COURT
Raleigh, N.C.

FILED
JAN 13 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

R Wayne Johnson; * *
(USMC-Veteran); *

VS

U.S.M.C. (Camp *
Lejeurne; Jacksonville)
(AND) *
U.S.M.C. (John-Jane; *
Doe's 1-10); *

CAUSE NO:
7:23-cv-00008-FL

## Original Complaint

1) Redress Toxic Water used 1969-70-71 by virtue of TX T.V. "ADS"; (NEW LAW by Congress (NOW Sue);

2) Clear Water Act: 33 U.S.C. 1365(b) - 1) "NO Notice" 33 USC 1316 (fail to warn);

(1)

AND 33 USC 1319(g)-(6) "CIVIL PENALTY";
34 USC 20102 "CRIME VICTIM COMPENSATION";
3) Jurisdiction: 28 USC 1343, -1331 - AND:
28 USC 2679(b)-(2) "constitutional violation
By employees;" Ziglar, 137 S.Ct. 1893 —

FACTS: Was at Camp Lejeune (1969-70-71)
Cpl.: #2487144 - worked in Supply: During
years dranked, bathed, eat food that constain-
ed Toxic water w/ Benezden - other harmful
chemicals to cause my current cancer per
TDCJ M.D.'s: (Testicals): 71 yr. old - (Get
5% on disabled feet (VA) (not assign me any
work) covered By Title II - ADA - (Rehab-
Act 29 USC 794: (Enforced By U.S. Dpt.
Justice; 28 CFR 41.51(d) - 28 USC-517-
(so must appoint U.S. D.J. Atty to this:

(2)

See Mallard 1095 tt 1814; (OWE $10,000.00 ON TRUST FUND, - NOT PAY ATTY.'); USDJ - ENFORCES For me (Vet - W/ VA-5%) AS - 28USC 41, 51(d) -; DISABLED discrimination - not treated differently than those NOT DISABLED; For claims IN OFFICIAL CAPACITYS (ORDERS) AND those on personso (28USC 50.15 - NOT represented BY USDJ (50.15(a)-1-(8); personal CAPACITY":

4) Body functions HARMED; A LIBERTY interest IN BODILY security (14TH Amend) RIPPED FROM my health w/out due process:

A) 8TH Amend claims "under constitution (personal CAPACITY) INADEQUATE medical" - (deliberate indifference" TO SERIOUS NEEDS) HAS been Acknowled: Green 100 Stt 1468; (See Zigler 137 Stt 1843); I Am entitled TO SUBSTANTIAL compensation due to my health as result of USMC's Failure To warn

(3)

33 USC 1316 me.): I served country, they caused my Harm — my INJURYS; MDis Told me.);

5) I'm entitled to ~~100~~ monthly % Service-Connected: Victim compensation 34 USC 20102 (Violate Civil Rhts 18 USC 241; (NOT Report — conceals it: 18 USC 4; AND "Failure To Warn" me once knew: Should Have — 33 USC 1316 (33 USC 1319(g)) "civil penalties" $1.5 million — forced to drink, use daily Toxic Water Almost (3 yrs): Writ of Mandamus 28 USC 13d SEBBEN 109 S Ct 414 (perform non-discretionar duty if necessary);

Wherefore: Service U.S. Dept. Justice ASAP, — (N.C. office or D.C. 950 Pennsylvania Ave W, D.C. 20530; I declare Truth 28 USC 1746

Rodney Johnson, 282756 (3 Jester Rd Richmond TX 77469