283736
R. Wayne Johnson
3- Jester Road (J3)
Richmond, TX 77406

NORTH HOUSTON TX 773
6 JAN 2023 PM 3 L

RECEIVED
JAN 13 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

U.S. DISTRICT COURT
310 New Bern Ave.
Raleigh, N.C. 27601

27601-144199

