UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| R. WAYNE JOHNSON | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 7:23-CV-8-FL |
| U.S.M.C. CAMP LEJEUNE, U.S.M.C. | ) | |
| JOHN-JANE DOES 1-10, | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration upon plaintiff's responses to the court's January 20, 2023 order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 10, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to prosecute and for lack of subject matter jurisdiction due to failure to exhaust administrative remedies.

**This Judgment Filed and Entered on February 10, 2023, and Copies To:**
R. Wayne Johnson (via US mail) 3-Jester Road, (J3), Richmond, TX 77406

February 10, 2023                    PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk